No. 92–5221. MARTIN v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 92–5222. LAURIE v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 92–5223. NUNEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–5225. EVANS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 92–5227. HARRISON v. SKY CHEFS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–5229. RAUER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5230. CERVANTES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5231. BURLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–5232. PERRY v. CITY OF OAKLAND, CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 92–5233. LEACH v. CITY OF DES MOINES. Sup. Ct. Iowa. Certiorari denied.

No. 92–5234. OWENS v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 92–5235. MCGREW v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 92–5236. MASON v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES. Sup. Ct. Cal. Certiorari denied.

No. 92–5237. CARTER v. CARPENTER, TARRANT COUNTY SHERIFF. C. A. 5th Cir. Certiorari denied.

No. 92–5238. AUBIN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.